PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.          ) | **Docket Number: 2:97CR00300-001** |
| ) | |
| **Lance Allen RENISH**          ) | |
| ) | |

On May 5, 2004, the above-named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/  Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:    April 19, 2007
          Sacramento, California
          CJM**:**jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                **KYRIACOS M. SIMONIDIS
                Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:    Lance Allen RENISH
       Docket Number:   2:97CR00300-001
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Lance Allen Renish be discharged from supervised release, and that the proceedings in the case be terminated.


|  |  |
|---|---|
| **May 14, 2007** | /s/ David F. Levi |
| **Date** | **DAVID F. LEVI** |
|  | **Chief United States District Judge** |


Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office